# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128880(97)

COUNTY OF CRAWFORD and COUNTY OF
KALKASKA,
          Plaintiffs-Appellants,

v

COUNTY OF OTSEGO,
          Defendant-Appellee.

SC: 128880
COA: 254180
Otsego CC: 02-010014-CZ

_____/

On order of the Court, the motion for reconsideration of this Court's November 1, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, J., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk

d0122